NATHAN R. CURTIS, Respondent, *v.* THE PRESIDENT, MANAGERS. AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

Mem. of decision below, 76 Hun, 610.
(Argued February 27, 1896; decided March 13, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 13, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*James W. Verbeck* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except ANDREWS, Ch. J., not sitting, and GRAY, J., not voting.

THE PEOPLE ex rel. FREDERICK S. HEISER, as Executor, etc., Appellant, *v.* EDWARD GILON et al., Composing the Board of Assessors of the City of New York, and THEODORE W. MYERS, Comptroller, Respondents.

Reported below, 76 Hun, 346.
(Argued March 2, 1896; decided March 13, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered March 24, 1894, which dismissed a writ of certiorari to review a determination of the board of assessors of the city of New York.

*Edward C. Perkins* for appellant.

*David J. Dean* for respondents.

Judgment affirmed, without costs, on opinion below.
All concur.